Rory C. Leisinger (SBN 277476)
rory@leisingerlaw.com
**LEISINGER LAW, LLP**
118 N. Citrus Ave, Suite B
Covina, CA 91768
Telephone: (626) 290-2868
Attorneys for Plaintiff,
JULIUS CLARK

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN 266860)
Gabrielt @cmtlaw.com
Shawn Eldridge (SBN 276581)
Eldridges@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
CREDIT ONE BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS CLARK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK,<br><br>　　　　　　　Defendant. | Case No. 5:16-cv-00124-RSWL-SP<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff JULIUS CLARK ("Plaintiff"), and Defendant CREDIT ONE BANK a corporation ("Defendant") hereby file this Stipulation to Dismiss the above-entitled action, in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

{00058200;1}

1

Each party to bear their own costs and expenses.

**IT IS SO STIPULATED**.

**LEISINGER LAW LLP**

Dated: December 2, 2016     s/Rory C. Leisinger
Rory C. Leisinger
*Attorneys for Plaintiff,*
JULIUS CLARK

**CARLSON & MESSER LLP**

Dated: December 2, 2016     s/David J. Kaminski
David J. Kaminski
Tamar Gabriel
Shawn Eldridge
*Attorneys for Defendant,*
CREDIT ONE BANK

{00058200;1}

2

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Shawn Eldridge, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss Plaintiff's Complaint with Prejudice. I hereby attest that all counsel whose electronic signatures in the Stipulation to Dismiss Plaintiff's Complaint with Prejudice provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: December 2, 2016

s/ Shawn Eldridge
David J. Kaminski
Tamar Gabriel
Shawn Eldridge
*Attorneys for Defendant,*
CREDIT ONE BANK

{00058200;1}

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, a true and correct copy of the foregoing STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE was served via the District Court ECF on the Following:

Rory C Leisinger
**LEISINGER LAW LLP**
118 North Citrus Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: Rory@leisingerlaw.com

**CARLSON & MESSER, LLP**

Dated: December 2, 2016      s/ Shawn Eldridge
David J. Kaminski
Tamar Gabriel
Shawn Eldridge
*Attorneys for Defendant,*
*CREDIT ONE BANK*

{00058200;1}